UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:12-CR-59-1-BO (3)
FILE NO. 4:12-CR-59-2-BO (3)
FILE NO. 4:12-CR-59-3-BO (3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL PROPOSED |
| | ) | SEALED DOCUMENT DE#89 |
| AMANDA BUNCH, | ) | |
| LORI MELTON, and | ) | |
| ANNA MOORE | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown, it is hereby ORDERED that the motion to seal proposed sealed document Docket Entry 89 in the above cases is GRANTED.

This the  6  day of  September , 2012.

_____
HON. TERRENCE W. BOYLE
United States District Judge
Eastern District of North Carolina