UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:12-CR-59-1-BO
No. 4:12-CR-59-2-BO
No. 4:12-CR-59-3-BO

UNITED STATES OF AMERICA,

v.

AMANDA BUNCH,
LORI MELTON,
ANNA MOORE,

    Defendants.

ORDER TO SEAL

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 102 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

This the __19__ day of __September__, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE