IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-59-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| AMANDA BUNCH | ) | |

This cause comes before the Court on defendant's motion for issuance of Rule 17(c) subpoenas duces tecum. Defendant having made the requisite showing and satisfied the standards of relevancy, admissibility, and specificity established in *United States v. Nixon*, 418 U.S. 683 (1974), and the government having stated that it does not oppose the request, it is hereby ordered that defendant's motion [DE 140] is GRANTED. The Clerk is DIRECTED to issue the subpoenas duces tecum requested by defendant to the following persons or entities requiring the production of all medical records relating to any of the defendants for the time period of April 2006 through August 2011, returnable to defense counsel not later than January 16, 2013, who shall provide copies to the government:

1. Suzanne Woolard, FNP (as to patient Kevin Dail Owens)
2. Sharon M. Robinson, MD (as to patient Kevin Dail Owens)
3. Viswanathan Swaminathan, MD (as to patient Anna Moore)
4. Janet R. Cutler (as to patient Justin Mixon)
5. Richard Young, MD (as to patient Justin Mixon)
6. April W. Anderson, PA (as to patient Arron Jones)
7. Carrie R. Smith (as to patient Arron Jones)
8. Frank C. Sheldon, MD (as to patient Arron Jones)
9. Patricia Hinson, MD (as to patient Arron Jones)
10. Joseph J. Lozano (as to patient Arron Jones)

SO ORDERED, this 10 day of January, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE